```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/9/2021__
```

# GUSRAE KAPLAN NUSBAUM PLLC
### ATTORNEYS AT LAW

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 10005

TEL (212)269-1400
FAX (212)809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

HOWARD F. MULLIGAN

February 8, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

       RE: <u>Fife v. Financial Industry Regulatory Authority</u>, No. 1:20-cv-10716-AT (S.D.N.Y.)

Dear Judge Torres:

       We represent Plaintiff John M. Fife in the above-captioned matter and write to request that the Court adjourn the initial pre-hearing conference currently scheduled for February 17, 2021 at 10:20am because undersigned counsel will be traveling. This is the first request for adjournment of the conference, and Defendant Financial Industry Regulatory Authority consents to Plaintiff's request.

       The Parties are available to appear at the conference Tuesday, March 2 through Friday, March 5, as well as the week of March 8.

       Undersigned counsel thanks the Court for considering this request.

       Respectfully submitted,

       /s/ Kari Parks
       Kari Parks

GRANTED. The initial pretrial conference scheduled for February 17, 2021, is ADJOURNED to **March 2, 2021**, at **11:40 a.m.** By **February 23, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 9, 2021
      New York, New York

ANALISA TORRES
United States District Judge