```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN M. FIFE,

        Plaintiff,

-against-

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

        Defendant.

20 Civ. 10716 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 9, 12, 15. Accordingly:

1. FINRA's request to file a motion to dismiss is GRANTED;
2. By **March 29, 2021**, FINRA shall file its motion to dismiss;
3. By **April 19, 2021**, Plaintiff shall file his opposition papers;
4. By **May 3, 2021**, FINRA shall file its reply paper, if any; and
5. FINRA's requests to stay discovery and to adjourn the initial pretrial conference scheduled for March 2, 2021, are DENIED.

The Clerk of Court is directed to terminate the motion at ECF No. 15.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge