```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/24/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN M. FIFE,

                Plaintiff,

-against-

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

                Defendant.

20 Civ. 10716 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 5, 2021, the Court ordered the parties to submit a joint letter addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement, by February 10, 2021. ECF No. 6 ¶ 4. On February 9, 2021, the Court extended that deadline to February 23, 2021. ECF No. 11. That submission is now overdue. Accordingly, the parties shall submit their joint letter, compliant with ECF No. 6 ¶ 4, by **February 26, 2021**.

      SO ORDERED.

Dated: February 24, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge