USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021

**GUSRAE KAPLAN NUSBAUM**
ATTORNEYS AT LAW

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 100__

TEL (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

HOWARD F. MULLIGAN

April 15, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, New York 10007-1312

RE: <u>Fife v. Financial Industry Regulatory Authority</u>, No. 1:20-cv-10716-AT (S.D.N.Y.)

Dear Judge Torres:

We represent Plaintiff John M. Fife in the above-captioned matter, whose memorandum in opposition to Defendant's Motion to Dismiss is due this Monday, April 19.

While we are striving for brevity, in an abundance of caution, we respectfully request that the Court grant Mr. Fife an additional five pages, allowing him to file a 35-page memorandum if necessary.

We thank the Court for considering our request.

GRANTED. Defendant shall also have 5 additional pages for its reply.

SO ORDERED.

Dated: April 16, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge