UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOHN M. FIFE,

                Plaintiff,

-against-

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2021
```

20 Civ. 10716 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter at ECF No. 40. This does not affect the Court's order at ECF No. 39.

    SO ORDERED.

Dated: July 20, 2021
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge