# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN M. FIFE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 20-cv-10716 |
| v. | ) |
| | ) |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully requests that the Court consider the recent decision in *Ray v. FINRA*, No. 3:20-cv-327-RJC-DCK, United States District Court, Western District of North Carolina (Jul. 29, 2021), as supplemental authority in support of FINRA's Motion to Dismiss Plaintiff's Complaint. In the *Ray* Court Order and associated Memorandum and Recommendation, which are attached hereto as Exhibit A, U.S. District Court Judge Robert J. Conrad, Jr. adopted the Magistrate Judge's Memorandum and Recommendation granting FINRA's motion to dismiss (the "*Ray* Decision").

FINRA respectfully submits that the *Ray* Decision supports the arguments it advanced in its Motion to Dismiss because the Court in *Ray* dismissed the plaintiff's claims for equitable relief challenging FINRA's disciplinary action, finding that the failure to exhaust administrative remedies deprived the Court of subject matter jurisdiction over equitable claims. FINRA makes

the same argument in this case with regard to Plaintiff John M. Fife's one-count Complaint seeking a declaratory judgment and challenging FINRA's disciplinary action against Mr. Fife.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

_____
John P. Mitchell
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
john.mitchell@faegredrinker.com
Attorney for Financial Industry Regulatory Authority, Inc.

Dated: July 30, 2021