**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN M. FIFE,

                     Plaintiff,

    -against-                                             20 **CIVIL** 10716 (AT)

                                                         **<u>JUDGMENT</u>**

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2022, Defendant's motion to dismiss is GRANTED and this case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                           **BY:**            *K. Mango*

                                                             _____
                                                              **Deputy Clerk**